13 So.2d 901

**William H. K. POWELL (alias Walter Andrews) v. STATE.**

**I Div. 437.**

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 874

**Dalton POWERS v. STATE.**

**8 Div. 319.**

Court of Appeals of Alabama.
March 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 896

**Willie PREWITT v. STATE.**

**6 Div. 136.**

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 119

**Duncan PRUETT v. STATE.**

**7 Div. 768.**

Court of Appeals of Alabama.
Feb. 22, 1944.

Robinson & Parris, of Gadsden, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 119

**Mack (alias E. M.) RADNEY v. STATE.**

**4 Div. 829.**

Court of Appeals of Alabama.
April 4, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

18 So.2d 119

**Dennis RAINER v. STATE.**

**4 Div. 837.**

Court of Appeals of Alabama.
April 4, 1944.

Wallace D. Walters, of Troy, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.